**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**KARLEE JOHNSON,**

    **Plaintiff,**

**v.**                                        **CASE NO. 3:17cv528-MCR-GRJ**

**WESAM FARAJ, and**
**BOBBA IBRAHIM LLC**
**doing business as**
**MR. SHARKS EATS AND TREATS,**

    **Defendants.**
_____/

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation dated January 16, 2019, ECF No. 34. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court notes, as did the Magistrate Judge, that pro se Defendant Wesam Faraj has failed to respond to the Court's orders to participate in this litigation since his counsel withdrew and has failed to update his current mailing address with the Court. Consequently, the Court's correspondence has been returned to sender, and no objections have been timely filed.

Having considered the Report and Recommendation, the record, and the law, the Court finds that the Report and Recommendation should be adopted.

Accordingly:

1. The Magistrate Judge's Report and Recommendation, ECF No. 34, is adopted and incorporated by reference in this Order.

2. Plaintiff's unopposed Motion for Summary Judgment, ECF No. 31, is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in the Report and Recommendation, i.e., granted as to the retaliation claim and denied in all other respects.

3. The Clerk is directed to enter judgment in the sum of $16,325.30 in favor of Plaintiff against Defendants Wesam Faraj and Defendant Bobba Ibrahim LLC, jointly and severally. Plaintiff also is awarded attorney's fees and costs to be assessed separately against the Defendants.

4. Plaintiff's Motion for Sanctions, ECF No. 30, is **DENIED as MOOT**.

5. The Clerk is directed to terminate Defendant Yasmeena LLC d/b/a/ Mr. Sharks Eats and Treats, which still appears to be a party based on the case caption but in fact was dropped as a party by the filing of the Amended Complaint, ECF No. 8, in which it was not named.

6. The case is referred to the assigned magistrate judge for a report and recommendation regarding the pending Motion for Attorney's Fees and Costs, ECF No. 35.

**DONE AND ORDERED** this 4th day of March 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**