# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**KARLEE JOHNSON,**

    **Plaintiff,**

v.                       **CASE NO. 3:17cv528-MCR-GRJ**

**WESAM FARAJ, et al.,**

    **Defendants.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 18, 2019. ECF No. 41. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion for Attorney's Fees and Costs, ECF No. 35, should be **GRANTED**.

3. Plaintiff is awarded attorney's fees and costs **in the sum of $26,835.25** against Defendants Wesam Faraj and Defendant Bobba Ibrahim LLC, jointly and severally.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 16th day of April 2019.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**